IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **AMANDA HARDIN**, *individually and as next friend of G.B., a minor*<br>  *Plaintiffs*<br><br>v.<br><br>**PUNJAB TRUCKING LLC**<br>**FORWARD AIR, INC,. and**<br>**KUMAR SUSHIL**<br>  *Defendants* | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. _____<br>§<br>§<br>§<br>§<br>§ |

## INDEX OF STATE COURT FILE

Pursuant to 28 U.S.C. § 1447(b), attached hereto are complete true and correct copies of all documents filed in the state court action:

| EXHIBIT | FILED | DOCUMENT |
|---|---|---|
| A-1 | | State Court File Docket Sheet |
| A-2 | 03-02-2022 | Plaintiff's Original Petition |
| A-3 | 03-02-2022 | Request for Issuance of Citation on Forward Air |
| A-4 | 03-02-2022 | Request for Issuance of Citation on Pujab Trucking |
| A-5 | 03-02-2022 | Request for Issuance of Citation on Kumar Sushil |
| A-6 | 03-04-2022 | Citation Issued on Kumar Sushil |
| A-7 | 03-04-2022 | Citation Issued on Punjab Trucking |
| A-8 | 03-04-2022 | Citation Issued on Forward Air |
| A-9 | 03-05-2022 | Executed Citation on Punjab Trucking |
| A-10 | 03-13-2022 | Executed Citation on Kumar Sushil |
| A-11 | 03-22-2022 | Plaintiff's Notice of Nonsuit as to Defendant Punjab Trucking |
| A-12 | 03-22-2022 | Proposed Order of Nonsuit as to Defendant Punjab Trucking |
| A-13 | 03-22-2022 | Order of Nonsuit as to Defendant Punjab Trucking |
| A-14 | 04-01-2022 | Defendant Forward Air's Original Answer |
| A-15 | 04-05-2022 | Order Setting Trial |

Respectfully submitted,

COX P.L.L.C

_____
Clinton V. Cox, IV
State Bar No. 24040738
ccox@coxpllc.com
Gregory R. Brenner
State Bar No. 24027052
gbrenner@coxpllc.com
8144 Walnut Hill Lane, Suite 1090
Dallas, Texas 75231
214- 444-7050
469- 340-1884 Fax

**ATTORNEYS FOR FORWARD AIR, INC.**

**CERTIFICATE OF SERVICE**

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been served on all attorneys of record pursuant to the Texas Rules of Civil Procedure on this the 8th day of April 2022.

 /s/ Gregory R. Brenner
Gregory R. Brenner